FILED
CHARLOTTE, NC
DEC - 8 2017
US District Court
Western District of NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE USE OF A CELL-SITE SIMULATOR TO LOCATE THE CELLULAR DEVICES ASSIGNED CALL NUMBER 828-855-7902, MEID: A00000477BD46A (SUBJECT TELEPHONE #1) and 828-430-0380, MEID: A100003BC228A1 (SUBJECT TELEPHONE #2) | Case No. 3:17MJ426 <br><br> **Under Seal** <br><br> **ORDER** |

## NON-DISCLOSURE ORDER

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), as set forth in the Affidavit of Drug Enforcement Administration (DEA) Special Agent Christopher Morgan requesting that the Court issue an Order commanding Verizon Wireless, an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscribers and customers of the account(s)) listed in the search warrants of the existence of the attached search warrant until further order of the Court.

The Court determines that there is reason to believe that notification of the existence of the attached search warrant will seriously jeopardize the investigation, including by giving targets an opportunity to flee, destroy or tamper with evidence, change patterns of behavior, and notify confederates. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that Verizon Wireless shall not disclose the existence of the attached search warrant, or this Order of the Court, to the listed subscriber or to any other person for one year from the date of this Order, except that Verizon

Wireless may disclose the attached search warrant to an attorney for Verizon Wireless for the purpose of receiving legal advice.

IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by the Court.

12/8/17
Date

_____
DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE